UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
NICKIE KANE,                                                      :
:
                        Plaintiff,                                          :
:      21-CV-60 (JPC)
          -v-                                                    :
:      ORDER
ADVANCED CARE STAFFING, LLC et al.,                               :
:
                        Defendants.                                         :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 25, 2021, Defendants filed a motion to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404. Dkt. 36. On July 23, 2021, Plaintiff filed a letter consenting to the transfer. Dkt. 37. Because Plaintiff and Defendants reside in the Eastern District and because the acts giving rise to this suit took place in the Eastern District, the Court agrees that a transfer would be in the interests of justice. Accordingly, this case is transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1404.

       The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: July 26, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                           United States District Judge