UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ENDORSED ORDER

| | |
|---|---|
| NICKIE KANE,<br><br>                Plaintiff,<br><br>v.<br><br>ADVANCED CARE STAFFING, LLC<br><br>                Defendant | Case No.: 21-cv-04306-KAM-LB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPUATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed, with prejudice, against either party pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Nickie Kane, *Pro Se Plaintiff*
95-73 114 Street
South Richmond Hill, New York 11419
ms.nickie.kane@gmail.com

Dated: April 1st, 2024

_____
Jacqueline Voronov, Esq.
HALL BOOTH SMITH, P.C.
*ATTORNEY FOR DEFENDANT*
366 Madison Avenue, 5th Floor
New York, New York 10017
(201) 221-7014
jvoronov@hallboothsmith.com

Dated: April 1, 2024

So Ordered: Date 4/05/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Clerk of the Court is directed to close this case.